

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2019

No. 04-19-00125-CV

**EX PARTE A.X.L. JR., A CHILD**,

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019FLK00214D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On April 18, 2019, we ordered Appellant to show cause in writing by April 29, 2019, why this appeal should not be dismissed for want of jurisdiction.

On the due date, Appellant filed an emergency motion for extension of time to file a response. The motion is GRANTED. Appellant's response is due on May 3, 2019.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court